# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | ORDER |
| | ) | |
| CONTACT SOLUTIONS MARKETING, INC., | ) | 8:06CV470 and 8:06CV572 |
| A Nebraska Corporation, | ) | |

It has been brought to the court's attention by the Bankruptcy Court that case 8:06CV572 was filed in error.

IT IS ORDERED,

1. The clerk's office shall docket this order in 8:06CV470 and 8:06CV572.

2. All documents and notices of electronic filing filed in 8:06CV572 shall be filed in 8:06CV470. Once the documents have been filed in 8:06CV470, the documents should be deleted from 8:06CV572.

3. A public-remark shall be entered in 8:06CV572 stating that the case was opened in error and all documents are filed in 8:06CV470.

DATED 29th day of September, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge